Michael H. Meyer, Esq. #82336
Chapter 13 Trustee
Deanna K. Hazelton #202821
Senior Staff Attorney
Sarah R. Velasco, #255873
Staff Attorney
P.O. Box 28950
Fresno, CA 93729-8950
Tel (559) 275-9512
Fax (559) 275-9518
E-mail: cvinson@meyer13.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>Teofilo Rodriguez<br><br>Christy Rodriguez<br><br>               Debtors, | CASE NO. 19-11512-B-13F<br>DC NO.:   MHM-2<br><br>CHAPTER 13 PROCEEDING<br><br>DECLARATION IN SUPPORT OF MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 1307<br><br>DATE:   July 18, 2019<br>TIME:   1:30 PM<br>PLACE:   U.S. Courthouse<br>      Dept. B, Courtroom 13, 5th Floor<br>      2500 Tulare Street<br>      Fresno, Ca 93721<br><br>JUDGE:   Hon. Rene Lastreto II |

     I, Elizabeth Roberts, an employee of Michael H. Meyer, Chapter 13 Standing Trustee, declare as follows:

     1. If called as a witness in this matter, I would testify from personal knowledge to the following.

     2. I am familiar with this office's intake of documents and procedures for documenting case notes.

     3. This motion is sought on grounds of unreasonable delay.

     4. Debtors failed to appear at the duly scheduled 341 meeting of creditors on June 4, 2019 and such appearance was required.

5. Debtor failed to properly fill out Schedule H.

I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on June 7, 2019, at Fresno, California.

        /s/ Elizabeth Roberts
        Elizabeth Roberts